THE CITY OF DETROIT v. SIMON HEINTZ AND FRANCIS DEBEUL.

*Street-opening case—Damages.*

This case is ruled by *City of Detroit v. Daly*, 68 Mich. 503.

Appeal from recorder's court of Detroit. (Swift, J.) Argued February 14, 1888.    Decided March 2, 1888.

Appeal from award of damages in street-opening case. Proceedings quashed.    The facts are stated in the opinion.

*Harry F. Chipman,* for appellants.

*John W. McGrath,* city counselor, for petitioner.

CAMPBELL, J. This case raises similar questions to those raised and decided in the case of the extension of Riopelle street (*City of Detroit v. Daly,* 68 Mich. 503), and as the points decided there are sufficient to dispose of this record we need not examine it further.

The proceedings must be quashed, with costs.

The other Justices concurred.